1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Hernandez

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )  Case No. 08mj1586
                                 )
12 |          Plaintiff,          )
                                 )
13 | v.                           )
                                 )  **NOTICE OF APPEARANCE**
14 | **SANTOS HERNANDEZ-HERNANDEZ,** )
                                 )
15 |          Defendant.          )
                                 )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                            Respectfully submitted,

21 Dated: May 29, 2008                         *s/ Bridget Kennedy*
                                              Federal Defenders of San Diego, Inc.
22                                            *bridget_kennedy@fd.org*

23

24

25

26

27

28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Hernandez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SANTOS HERNANDEZ-HERNANDEZ,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj1586 <br><br> PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: May 29, 2008                     *s/ Bridget L. Kennedy*
                                        **BRIDGET L. KE NNEDY**
                                        Federal Defenders of San Diego, Inc.,
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail:bridget_kennedy@fd.org