FILED

JUL 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1995-JM |
| Plaintiff, ) | **(Superseding)** <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| SANTOS HERNANDEZ-HERNANDEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 19, 2008, within the Southern District of California, defendant SANTOS HERNANDEZ-HERNANDEZ being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 97MJ1988M-SD, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

JPME:rp:San Diego
7/23/08

DATED: __Jul 24, 2008__.

KAREN P. HEWITT
United States Attorney

*[signature]*

JAMES P. MELENDRES
Assistant U.S. Attorney