

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SANTOS HERNANDEZ-HERNANDEZ

(Superseding)
**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1995-JM

I, SANTOS HERNANDEZ-HERNANDEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Bridget Kennedy
_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

#13